# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States Securities and
Exchange Commission,

               Plaintiff,

v.

Steven F. Muntin,

               Defendant.

_____/

Case No. 21-cv-12607

Judith E. Levy
United States District Judge

Mag. Judge Jonathan C. Grey

## ORDER GRANTING PLAINTIFF SEC'S MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT [10]

Before the Court is Plaintiff United States Securities and Exchange Commission's unopposed motion for entry of final judgment by consent. (ECF No. 10.) The parties negotiated a settlement that was later approved by the Commission. (*Id.* at PageID.30.) Defendant Steven F. Muntin, the sole Defendant in this case, has agreed to a consent agreement and the filing of the proposed Final Judgment as attached to Plaintiff's motion. (*Id.* at PageID.31.) Accordingly, Plaintiff's motion for

entry of final judgment by consent is **GRANTED**. A separate judgment will be entered accordingly.

IT IS SO ORDERED.

Dated: May 5, 2022         s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
                                    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2022.

                                    s/William Barkholz
                                    WILLIAM BARKHOLZ
                                    Case Manager